UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAPPIER MEDITATION, INC.,<br><br>      Plaintiff,<br><br>  -v-<br><br>GRETCHEN RUBIN,<br><br>      Defendant. | 25-cv-1713 (JSR)<br><br>ORDER |
| GRETCHEN RUBIN,<br><br>      Counterclaim-Plaintiff,<br><br>  -v-<br><br>HAPPIER MEDITATION, INC.,<br><br>      Counterclaim-Defendant. | |
| GRETCHEN RUBIN,<br><br>      Third-Party Plaintiff,<br><br>  -v-<br><br>BENJAMIN RUBIN,<br><br>      Third-Party Defendant. | |

JED S. RAKOFF, U.S.D.J.:

    On July 31, 2025, the parties in the above-captioned case informed the Court that they have executed a settlement agreement. Accordingly, the Court hereby dismisses this case with prejudice, with leave to any party to move within 30 days from the date hereof to reopen the case if the settlement is not fully effectuated.

1

All pending deadlines are hereby suspended, and the Clerk is respectfully directed to close this case.

SO ORDERED.

Dated:   New York, NY
         July 31, 2025                        _____
                                              JED S. RAKOFF, U.S.D.J.